# COURT MINUTES

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor    Date: 9/18/19    Time: 10:00 a.m.

Defendant: Abdul-Majeed Ahmed Alani    J#: 18349-104    Case #: 19-3419-O'Sullivan

AUSA: Maria Medetis + Randy Hummel    Attorney: Afpd – C. Dunham

Violation: Willfully Damaging, Destroying, etc., an Aircraft in Jurisdiction of US, etc.

Proceeding: Detention Hearing    CJA Appt:

Bond/PTD Held: ☒ Yes ☐ No    Recommended Bond:

Bond Set at: Stip. Ptd w/Right/Revisit    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language: Arabic ✓

☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: ____

☐ Other: ____

Disposition:
P/A 9/20/19
Govt. req. PTD as a danger & Risk of flight.
Govt. proffers – Federal air marshal Joe A. Reilly sworn testified. Direct Exam. Re-direct.

Court orders: Pretrial detention risk/flight + danger to the community.

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:23:14    Time in Court: 1-hour + 20 minutes

10:58 AM: Deft. is not using the arabic interp., after speaking with his defense csl. Arabic interp. is on standby.