Sep 19, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-20603-CR-COOKE/GOODMAN

18 U.S.C. §§ 32(a)(1) and (a)(8)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

**ABDUL-MAJEED MAROUF AHMED ALANI,**

    **Defendant.**

                                /

## INDICTMENT

The Grand Jury charges:

On or about July 17, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ABDUL-MAJEED MAROUF AHMED ALANI,**

did willfully attempt to damage, destroy, disable and wreck a civil aircraft that is used, operated, and employed in interstate, overseas, and foreign air commerce, in violation of Title 18, United States Code, Sections 32(a)(1) and (a)(8).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ABDUL-MAJEED MAROUF AHMED ALANI**, has an interest.

2. Upon conviction of a violation Title 18, United States Code, Section 32, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal,

which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

RANDY A. HUMMEL
ASSISTANT UNITED STATES ATTORNEY

MARIA K. MEDETIS
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

**CERTIFICATE OF TRIAL ATTORNEY***

ABDUL-MAJEED MAROUF AHMED ALANI,

  Defendant.
_____/ **Superseding Case Information:**

**Court Division**: (Select One)

_X_ Miami     ___ Key West
___ FTL       ___ WPB     ___ FTP

New Defendant(s)         Yes ___ No ___
Number of New Defendants ___
Total number of counts   ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    Yes
   List language and/or dialect   Arabic

4. This case will take    5    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days        _X_        Petty      ___
   II   6 to 10 days       ___        Minor      ___
   III  11 to 20 days      ___        Misdem.    ___
   IV   21 to 60 days      ___        Felony     _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court?  (Yes or No)   No
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.               19-mj-03419-O'Sullivan
   Related Miscellaneous numbers:    _____
   Defendant(s) in federal custody as of    09/05/2019
   Defendant(s) in state custody as of      _____
   Rule 20 from the District of
   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ___    No _X_

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ___    No _X_

_____
MARIA K. MEDETIS
ASSISTANT UNITED STATES ATTORNEY
FL Bar No. 1012329

*Penalty Sheet(s) attached                                    REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ABDUL-MAJEED MAROUF AHMED ALANI

**Case No:** _____

Count #: 1

Attempted Destruction of an Aircraft

Title 18, United States Code, Sections 32(a)(1) and (a)(8)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #:

**\* Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.