# COURT MINUTES

## Magistrate Judge Chris M. McAliley

**Atkins Building Courthouse - 6th Floor**      Date: 9/20/19      Time: 10:00 a.m.

Defendant: Abdul-Majeed Ahmed Alani    J#: 18349-104    Case #: 19-20603-Cr-Cooke

AUSA: Randy Hummel      Attorney: ~~Afpd~~ Jonathan Melty Esq.

Violation: Damaging, Destroying Aircraft/Jurisdiction/US

Proceeding: Arraignment      CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond:

Bond Set at: Ptd      Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language: Arabic ✓

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

Disposition: O/m appt w/draw created.

☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

Reading of Indictment **Waived**
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

Time from today to _____ excluded from Speedy Trial Clock

☐ Other: _____

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:05:25      Time in Court: 2