## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  19-20603-CR-COOKE/GOODMAN

**UNITED STATES OF AMERICA**

**vs.**

**ABDUL-MAJEED MAROUF AHMED ALANI**

**Defendant.**

_____/

### NOTICE OF REVISION TO
### GOVERNMENT'S RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this Notice of Revision to the Government's Response to the Standing Discovery Order.  The Government's Response, filed on October 4, 2019 at DE 10, remains the same in all respects, except as specified below.  The below revisions pertain to the final paragraph on page 2 of the Government's Response, and are as follows (changes to the Government's Response are in bold and underlined):

> Documents being provided on compact disc (bates numbers 000010 to **000917**):
> FD-302 FBI reports of investigation (Bates numbered 000010-000107)
> FDC-Miami booking documents (Bates numbered 000108-000121)
> CBP/DHS NNSV (criminal history report) (Bates numbered 000122-000129)
> Travel Records (Bates numbered 000130-000217)
> AA Credit Union Records (Bates numbered 000218-000273)
> AA personnel file (Bates numbered **000274-000501**)
> State of Florida DAVID records (Bates numbered **000502-000517**)
> AA line maintenance optimization History (LMO)-Electronic (Bates numbered 000518-000551)
> MDAD SIDA badge events (defendant) (Bates numbered 000552-000554)

1

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   *s/ Randy A. Hummel*
      Randy A. Hummel
      Assistant United States Attorney
      Senior Litigation Counsel
      Florida Bar No. 973378
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9299
      Email:  randy.hummel@usdoj.gov


By:   *s/ Maria K. Medetis*
      Maria K. Medetis
      Assistant United States Attorney
      Florida Bar No. 1012329
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9010
      Email:  maria.medetis@usdoj.gov

cc:   Special Agent Rene Luna,
      Federal Bureau of Investigation

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.


<u>*s/Maria K. Medetis*         </u>
Maria K. Medetis
Assistant United States Attorney