UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:19-cr-20603-COOKE/GOODMAN

UNITED STATES OF AMERICA

v.

ABDUL-MAJEED MAROUF AHMED ALANI,
    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL DATE

COMES NOW, Defendant, ABDUL-MAJEED MAROUF AHMED ALANI, by and through his counsel, JONATHAN MELTZ, who respectfully requests this Honorable Court grant a continuance of the November 12, 2019 trial date in this matter.

1. This motion is unopposed by the Government – as represented by Assistant United States Attorneys Maria K. Medetis and Randy A. Hummel.

2. Defendant, Abdul-Majeed Marouf Ahmed Alani, was indicted on September 19, 2019 on one (1) count of Attempting to Damage an Aircraft in violation of Title 18, United States Code, Sections 32(a)(l) and (a)(8).

3. The Government filed its Response to the Standing Discovery Order on October 4, 2019. Promptly thereafter, the Government provided defense counsel with approximately nine (9) discs containing video, audio, and documentary evidence in electronic form.

4. The Government filed its Second Response to the Standing Discovery Order on October 10, 2019. Promptly thereafter, the Government provided defense counsel with approximately five (5) discs containing video, audio, and documentary evidence in electronic form.

5. The Government filed its Third Response to the Standing Discovery Order on October 24, 2019. Today, October 25, 2019, counsel received two (2) discs containing video and documentary evidence in electronic form.

6. Counsel respectfully requests additional time to prepare with due diligence for trial. The amount of video and audio evidence is extensive. Counsel has not yet reviewed all discovery; nor has he had an opportunity to review any of the discovery with Mr. Alani who is incarcerated at the Federal Detention Center.

7. Defense counsel was recently in trial from October 7, 2019 through October 11, 2019. That trial, as well as the pretrial preparation, has made it difficult for counsel to prepare this case since receiving the Government's discovery responses. Counsel seeks additional time to investigate all the factual allegations, locate and interview witnesses, conduct legal research and prepare and file pretrial motions, and prepare for trial.

8. Additionally, counsel is also currently making efforts to identify and retain appropriate expert witnesses to assist in the defense of the case.

9. Based on the foregoing, Defendant asks the Court to find the ends of justice would be served by the continuance and the need for the continuance outweighs any interest of the public or the Defendant in a speedy trial pursuant to Title 18 U.S.C., § 3161(h)(7)(A).

10. In conference with the Government, defense counsel proposed a new trial date be set in sixty (60) to seventy-five (75) days. The Government did not object to that time frame.

WHEREFORE, Defendant, ABDUL-MAJEED MAROUF AHMED ALANI, respectfully requests this Honorable Court grant this unopposed motion, and continue the November 12, 2019 trial date for a period of sixty (60) to seventy-five (75) days, and further find that that the ends of justice served by this delay outweigh any interest of the public or the Defendant in a speedy trial.

                                            Respectfully submitted,

                                            CHAPMAN LAW GROUP

Dated: October 25, 2019            /s/ *Jonathan Meltz*
                                            Jonathan Meltz
                                            FL Bar No.: 096504
                                            1001 Brickell Bay Drive, Suite 1714
                                            Miami, FL 33131
                                            jmeltz@chapmanlawgroup.com
                                            T: (305) 712-7177

## CERTIFICATE OF SERVICE

I, Jonathan Meltz, hereby certify that on October 25, 2019, I electronically filed the Defendant's Unopposed Motion for Continuance of Trial Date with the Clerk of the Court using the CM/ECF system, which will send notice to counsel of record.

                    */s/ Jonathan Meltz*
                    Jonathan Meltz
                    FL Bar No.: 096504
                    Counsel for Defendant Abdul-Majeed Marouf Ahmed Alani
                    jmeltz@chapmanlawgroup.com