UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20603-CR-COOKE

**UNITED STATES OF AMERICA**,

          Plaintiff,

Vs.

**ABDUL MAJEED MAROUF AHMED ALANI,**

          Defendant(s).

_____/

**ORDER CONTINUING JURY TRIAL AND CALENDAR CALL**

**THIS CAUSE** came before the Court on the defendant's *Unopposed Motion for Continuance of Trial Date (ECF No.15).* After being fully advised in the premises, it is

**ORDERED and ADJUDGED** that the motion is **GRANTED**. The Court finds that the ends of justice served by granting the continuance outweighs any interest of the public or the Defendant(s) in a speedy trial, based on the continuity of counsel and the reasonable time needed for counsel to prepare with due diligence for trial. It is further

**ORDERED AND ADJUDGED** that the jury trial of this cause will commence during the two-week trial period beginning **December 9, 2019 at 9:30 am**. Calendar Call will be held at **3:00 p.m. on Wednesday, December 4, 2019**. Except for the calendar call **the Defendant is directed to attend all hearings/conferences unless otherwise excused by the Court.**

**THE COURT FURTHER FINDS** that the period of delay resulting from the granting of this continuance, to-wit: October 30, 2019, to and including the date trial commences shall be deemed excludable time under the provisions of the Speedy Trial Act, 18 U.S.C. Section

3161.

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties shall provide the Court with the following:

1. In each case tried before a jury, each party shall file proposed voir dire questions, proposed jury instructions and proposed verdict form(s) three (3) days before commencement of trial. On the first day of trial, counsel shall provide the Court with an email incorporating the proposed jury instructions and verdict form(s) in Word or WordPerfect.

2. All exhibits must be pre-marked. On the first day of trial all parties shall submit a typewritten exhibit list setting forth the numbers and description of each exhibit.

**DONE and ORDERED** in Chambers at Miami, Florida this 30th day of October 2019.

_Marcia G. Cooke_
MARCIA G. COOKE
United States District Judge

cc:   All counsel of record
      U.S. Pretrial Services