# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 1:19-CR-20603-COOKE/GOODMAN

**UNITED STATES OF AMERICA**

**VS.**

**ABDUL-MAJEED MAROUF AHMED ALANI,**
         **DEFENDANT.**

_____/

### DECLARATION OF STEPHEN BRANDT

     Pursuant to 28 U.S. Code § 1746, I, STEPHEN BRANDT, hereby declare under the penalty of perjury that the following declaration is true and correct. This declaration is based upon direct and personal knowledge, and if called as a witness, I could and would testify competently thereto.

     1.     My name is Stephen Brandt. I am a retired commercial airline pilot. I have over 37 years of pilot experience with National Airlines, Pan Am Airlines and Delta Airlines. I have over 25,000 total flight hours. I retired as a captain from Delta Airlines in 2015. I have worked part-time as a pilot for a corporate jet company. I also fly my own airplane.

     2.     I have a large amount of experience with the Boeing 737 airplane. I was a training captain on the Boeing 737 while with Pan Am. I also flew the Boeing 737-200,737-g, and the 737-800 as a Delta captain.

     3.     I have reviewed the case discovery including the October 15, 2019 letter from American Airlines Pilot Rick Shafer to FBI Task Force Officer Jose A. Ruiz as well as the Criminal Complaint and Stipulated Factual Basis filed in this matter.

     4.     Based on my own experience flying the Boeing 737-800, it is my opinion that the warning systems and caution on the airplane in this case performed exactly as designed. When the pilot received an amber "Master Caution" and "ENG" warning on the glare shield of the cockpit, he correctly referred to the overhead panel where he saw the Electronic Engine Control (EEC) had reverted to the alternate mode. At that point, the pilot had to return to the gate and could not take off. According to all training, pre-flight checklists and simulations, returning to the gate was his only choice. I can think of no circumstances where a pilot would disregard the EEC message and proceed to take off.

     5.     If the pilot disregarded all his training, simulations and protocols and taken off, the Boeing 737 has multiple back-up systems for equipment failures. The 737-800 has two separate pitot-static systems plus a standby system. Any one of these systems is capable of flying the aircraft and providing information to the crew. Because of these redundant systems, it is my opinion that there would have been no danger to the passengers and crew if the aircraft did in fact take off.

I declare under penalty of perjury that the foregoing is true and correct.

Stephen Brandt (Feb 27, 2020)

Stephen Brandt
Executed on February 27, 2020