## Acceptance of Responsibility Letter

I was born in Baghdad, Iraq in 1959 and immigrated to the United States in 1979 and I proudly became a citizen of the United States in 1992. I met and married my amazing wife, Flor in San Francisco nearly 30 years ago. Together we have four amazing children. Our youngest is 20 years old and my oldest is 25 and my wife and I are very blessed to have each one of them. I have had a life that I believe most people would be proud of. I began working for American Airlines in 1988 as a mechanic have called the company home until my arrest. I have called the United States home for most of my life, my children have been born raised here and I am so grateful for the opportunity I was given so many years ago, and for the opportunities my children have been given.

It is with heavy heart that I admit to you that I let my family down and lost sight of all those opportunities I've had. I am truly sorry for the pain that my actions have caused to my family, American Airlines, my colleagues and the people onboard the aircraft that I tampered with. I wish for everyone to know that my actions were wrong and while expected that the plane would have never left the ground, I realize now that I can't guarantee that. I understand my actions were greedy and they caused a lot of people loss of time, concern and frustration. American Airlines put their trust in me, and I broke that trust. I knew better than to do that and I have struggled to reconcile those actions with who I have been for every other moment of my life. I am haunted by how the people on that flight were affected by my foolishness. What I did goes against everything my faith has taught me. There have been accusations that I was a terrorist, perhaps because I was born

in Iraq or maybe because I am a Muslim, but that could not be further from the truth and this accusation breaks my heart and the heart of my entire family. The thought of harming anyone that day never crossed my mind and I hope people understand that. I love this country; this is my home. I come before this Court making no excuses for my behavior. I am very sorry.

I have watched my family suffer because of my actions and they don't deserve this. My family has lost everything, my wife and children evicted from our home and are now living with my wife's brother. My young daughter is doing her best to help my wife and other children survive financially. Words cannot express my personal anguish watching this unfold before my eyes. Your Honor, I am before you and ask for mercy for me and my family. I understand that I must be judged for my actions but I hope that you will see that I am a good, God fearing person who made one terrible decision and you sentence me to time I have already served and probation or home detention. I don't know exactly what I will do when I am released but I know that I will reconnect with my wife and children and probably also live with my brother-in-law until we can back on our feet again. I will enjoy my children and tend to my health. I will spend the rest of my life with this regret, wishing I could change what I did, but I will make amends somehow. Thank you for your time, Your Honor.

Sincerely,

*[signature]*

Abdul Alani