UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   19-20603-CR-COOKE/GOODMAN

UNITED STATES OF AMERICA

vs.

ABDUL-MAJEED MAROUF AHMED ALANI,

          **Defendant.**
_____/

## NOTICE OF FILING DECLARATIN OF RICHARD SHAFER

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorneys, and files this Notice with the declaration of Richard Shafer, Pilot, American Airlines.

                                                Respectfully submitted,

                                                ARIANA FAJARDO ORSHAN
                                                UNITED STATES ATTORNEY

                   By:   *s/ Randy A. Hummel*
                           Randy A. Hummel
                           Assistant United States Attorney
                           Senior Litigation Counsel
                           Florida Bar No. 973378
                           99 Northeast 4th Street
                           Miami, Florida 33132-2111
                           Tel: (305) 961-9299
                           Email:   randy.hummel@usdoj.gov

                   By:   *s/ Maria K. Medetis*
                           Maria K. Medetis
                           Assistant United States Attorney
                           Florida Bar No. 1012329
                           99 N.E. 4th Street
                           Miami, FL 33132-2111
                           Tel: (305) 961-9010
                           Email:   maria.medetis@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 3, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

*s/Maria K. Medetis*
Maria K. Medetis
Assistant United States Attorney