UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-20603-CR-COOKE

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ABDUL ALANI,

Defendant.

_______________________________________/

## NOTICE OF APPEARANCE

Undersigned counsel hereby files her notice of appearance in the above matter.

CELESTE SIBLESZ HIGGINS, ESQ.
/s/ *Celeste S. Higgins*
Florida Bar No. 909718
1001 Brickell Bay Drive, Suite 1200
Miami, Florida 33131
Tel: (786) 643-8263
E-Mail: celeste@chigginslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2020, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Celeste S. Higgins*