**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

**INMATE REQUEST TO STAFF** CDFRM

| | |
|---|---|
| TO: (Name and Title of Staff Member) MR. TITUS / CASE MANAGER | DATE: 05/02/2020 |
| FROM: ABDUL MAJEED ALANI | REGISTER NO.: 18349-104 |
| WORK ASSIGNMENT: N/A | UNIT: F07-004 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I would like to set up an interview for home confinement eligibility, please if possible as my attorney asked me to do so as a requirement. Thank you for your time.

(Do not write below this line)

DISPOSITION:

We are looking into it and will inform you accordingly.

Signature Staff Member [signature] 5/6/2020

Date 5/6/2020